1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  TREVOR L. RUSIN (CABN 241940)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3695
7      Facsimile:  (510) 637-3724
       E-Mail:     Trevor.Rusin@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR 10-0469 CW
                                    )
14       Plaintiff,                 )   PETITION FOR AND WRIT OF HABEAS
                                    )   CORPUS AD PROSEQUENDUM
15    v.                            )
                                    )
16 ANTOINE NICHOLAS MOORE,          )
                                    )
17       Defendant.                 )
                                    )
18                                  )
                                    )
19 _____ )

20       TO:    The Honorable Donna M. Ryu, United States Magistrate Judge of the United
21              States District Court for the Northern District of California:

22

23       Special Assistant United States Attorney Trevor L. Rusin respectfully requests that this

24 Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner ANTOINE

25 NICHOLAS MOORE (PFN: BBL866), whose place of custody and jailor are set forth in the

26 requested Writ, attached hereto.  The prisoner is required as the defendant in the above-entitled

27 ///

28 ///

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 10-0469-CW

1  matter in this Court, and therefore petitioner prays that this Court issue the Writ as presented.

2

3  Dated: June 24, 2010                    Respectfully submitted,

4                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
5

6
                                           _____/s/_____
7                                          TREVOR L. RUSIN
                                           Special Assistant United States Attorney
8

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 10-0469-CW

1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10                              OAKLAND DIVISION

11  UNITED STATES OF AMERICA,           )   No. CR 10-0469 CW
                                        )
12        Plaintiff,                    )
                                        )   [PROPOSED] ORDER GRANTING
13     v.                               )   PETITION FOR AND WRIT OF HABEAS
                                        )   CORPUS AD PROSEQUENDUM
14  ANTOINE NICHOLAS MOORE,             )
                                        )
15        Defendant.                    )
                                        )
16                                      )
17  _____)

18     Upon motion of the United States of America, and good cause appearing therefore,

19     IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of

20  Habeas Corpus Ad Prosequendum requiring the production of defendant ANTOINE NICHOLAS

21  MOORE (PFN: BBL866) before the Hon. Donna M. Ryu, United States Magistrate Judge, at

    Tuesday, July 6, 2010

22  10:00 a.m. on ~~Wednesday, June 30, 2010~~, or as soon thereafter as may be practicable, is granted,

23  and the Writ shall be issued as presented.

24

25  DATED: June 28, 2010                    _____
                                            HON. DONNA M. RYU
26                                          United States Magistrate Judge

27

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 10-0469-CW

|   |   |
|---|---|
| 1 | THE PRESIDENT OF THE UNITED STATES OF AMERICA |
| 2 | TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies: |

GREETINGS

Tuesday, July 6, 2010

WE COMMAND that on ~~Wednesday, June 30, 2010~~, at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of ANTOINE NICHOLAS MOORE (PFN BBL866), in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Donna M. Ryu, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that ANTOINE NICHOLAS MOORE may then appear for his initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Donna M. Ryu, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: _June 28_____, 2010

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: ___/s/ Lashanda Scott_____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 10-00132 DLJ