1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  TREVOR L. RUSIN (CABN 241940)
   Assistant United States Attorney
5      1301 Clay Street, Suite 340S
       Oakland, CA 94612
6      Telephone: (510) 637-3695
       Fax: (510) 637-3724
7      E-Mail: trevor.rusin@usdoj.gov

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,       )   No. CR 10-0469 CW
                                   )
       Plaintiff,                  )
14                                 )
                                   )   STIPULATION AND [PROPOSED]
15     v.                          )   ORDER CONTINUING THE HEARING
                                   )   SET FOR SEPTEMBER 2, 2010, TO
16 ANTOINE NICHOLAS MOORE,         )   SEPTEMBER 9, 2010, AND EXCLUDING
                                   )   TIME UNDER THE SPEEDY TRIAL ACT
       Defendant.                  )
17 _____ )

18

19     Defendant Antoine Moore is scheduled to appear on the above-entitled case before the

20 Hon. Laurel Beeler on Thursday, September 2, 2010, for status.  As the Court will not be

21 available on that date, the parties respectfully request that this court: (1) continue the hearing

22 scheduled for September 2, 2010, to September 9, 2010, at 9:30 a.m. before the Hon. Laurel

23 Beeler, and (2) exclude the time from September 2, 2010, to September 9, 2010, from the Speedy

24 Trial Act calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) for effective preparation of

25 counsel.  Counsel for the defendant continues to review discovery and additional research in this

26 case.

27 As such, the parties stipulate, and request that the Court find and hold as follows:

28     1.     That the hearing scheduled for Thursday, September 2, 2010, in the above-entitled

[PROP'D] ORD. RE CONT. & EXCL. TIME
NO. CR-10-0469-CW                    1

1  case, be continued to Thursday, September 9, 2010, at 9:30 a.m. before the Hon. Laurel Beeler.

2   2. Given the circumstances, the ends of justice served by excluding the period from
3  September 2, 2010, to September 9, 2010, from Speedy Trial Act calculations outweighs the
4  interests of the public and the defendant to a speedy trial by allowing time for the defense to
5  effectively prepare the case, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

6   3. Accordingly, with the consent of both parties, the Court orders that the period
7  from September 2, 2010, to September 9, 2010, be excluded from Speedy Trial Act calculations,
8  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

9  STIPULATED:

11  DATED: August 26, 2010            _____/s/_____
12                                    COLLEEN MARTIN
                                      Attorney for Defendant Antoine Moore

14  DATED: August 26, 2010            _____/s/_____
15                                    TREVOR L. RUSIN
                                      Special Assistant United States Attorney

16          IT IS SO ORDERED.

17  DATED: _8/27/2010_____          _____
18                                    HON. ~~LAUREL BEELER~~
                                      United States Magistrate Judge

[P~~ROP'D~~] ORD. RE CONT. & EXCL. TIME
NO. CR-10-0469-CW                     2