MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TREVOR RUSIN  (CABN 241940)
Special Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3695
Fax: (510) 637-3724
E-Mail: trevor.rusin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00469 CW |
| v. | [PROPOSED] ORDER EXCLUDING TIME FROM SEPTEMBER 9, 2010, TO SEPTEMBER 29, 2010, FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A) and (B)) |
| ANTOINE MOORE, | |
| Defendant. | |

For the reasons stated in open court and to which the parties stipulated on September 9, 2010, the Court ordered time excluded under the Speedy Trial Act from September 9, 2010, to September 29, 2010, to allow defense counsel to investigate the matter and additional legal issues, and for continuity of counsel.  The Court found that (A) failure to grant the continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation and review of discovery, taking into account the exercise of due diligence, and (B)

//

//

[*United States* v. *Antoine Moore*, CR 10-00469-CW]
[Order Excluding Time]

the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: September 9, 2010

_____
LAUREL BEELER
United States Magistrate Judge