MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

TREVOR RUSIN  (CABN 241940)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3695
   Fax: (510) 637-3724
   E-Mail: trevor.rusin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00469 CW |
| | ) | |
| v. | ) | [PROPOSED] ORDER EXCLUDING TIME FROM NOVEMBER 3, 2010, TO NOVEMBER 17, 2010, FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A) and (B)) |
| ANTOINE MOORE, | ) | |
| Defendant. | ) | |
| | ) | |

     For the reasons stated in open court and to which the parties stipulated on November 3, 2010, the Court ordered time excluded under the Speedy Trial Act from November 3, 2010, to November 17, 2010, to allow defense counsel to investigate the matter and additional legal issues, and for continuity of counsel.  The Court found that (A) failure to grant the continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation and review of discovery, taking into account the exercise of due diligence, and (B)

//

//

[*United States* v. *Antoine Moore*, CR 10-00469-CW]
[Order Excluding Time]

1  the ends of justice served by the continuance outweigh the best interests of the public and the
2  defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

3
4          IT IS SO ORDERED.

5
6  DATED: November 16, 2010           _____
                                      LAUREL BEELER
7                                     United States Magistrate Judge

[*United States* v. *Antoine Moore*, CR 10-00469-CW]
[Order Excluding Time]