MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TREVOR L. RUSIN (CABN 241940)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3695
   Fax: (510) 637-3724
   E-Mail: trevor.rusin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTOINE NICHOLAS MOORE, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR 10-0469 CW <br><br> STIPULATION AND ORDER CONTINUING THE HEARING SET FOR JANUARY 6, 2011, TO JANUARY 13, 2011, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

     Defendant Antoine Moore is scheduled to appear on the above-entitled case before the Hon. Donna M. Ryu on Thursday, January 6, 2011, for status. As defense counsel requires additional time to complete his investigation, the parties respectfully request that this court: (1) continue the hearing scheduled for January 6, 2011, to January 13, 2011, at 9:30 a.m. before the Hon. Donna M. Ryu, and (2) exclude the time from January 6, 2011, to January 13, 2011, from the Speedy Trial Act calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) for effective preparation of counsel. Counsel for the defendant continues to review discovery and additional research in this case.

As such, the parties stipulate, and request that the Court find and hold as follows:

     1.    That the hearing scheduled for Thursday, January 6, 2011, in the above-entitled

ORD. RE CONT. & EXCL. TIME
NO. CR-10-0469-CW                    1

case, be continued to Thursday, January 13, 2011, at 9:30 a.m. before the Hon. Donna M. Ryu.

2. Given the circumstances, the ends of justice served by excluding the period from January 6, 2011, to January 13, 2011, from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial by allowing time for the defense to effectively prepare the case, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

3. Accordingly, with the consent of both parties, the Court orders that the period from January 6, 2011, to January 13, 2011, be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

STIPULATED:

DATED: January 5, 2011            /s/
                                  GORDON BROWN
                                  Attorney for Defendant Antoine Moore

DATED: January 5, 2011            /s/
                                  TREVOR L. RUSIN
                                  Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:  1/6/2011
                                  HON. DONNA M. RYU
                                  United States Magistrate Judge