GORDON D. BROWN (SBN 171745)
LAW OFFICES OF GORDON D. BROWN
400 29th Street, Suite 206
Oakland, CA 94609
Tel 510 836-0600
Fax 510 836-0606

Attorneys for Antoine Moore

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR10 -00469 CW |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND** ~~PROPOSED~~ **ORDER** |
| vs. | Date: June 1, 2011<br>Time: 10:00 a.m. |
| ANTOINE MOORE, | |
| Defendant. | |
| _____ | |

The above-referenced matter was last heard on February 3, 2011, and continued to April 6, 2011, for a Motion to Suppress.  Counsel for Mr. Moore just recently came into possession of additional material that is pertinent to the motion.  Because of required attention to matters in both this court and a local state case, counsel was unable to complete the motion in a timely manner and additional time is necessary to allow a timely response. Attorney Gordon Brown has discussed this fact with Mr. Moore and he is at 2:00 p.m. agreeable to a continuance to June 29, 2011, with the understanding that time would be excluded pursuant to 18 U.S.C. §§ 316(h)(7)(A) and (B)(iv).

STIPULATION AND ~~[PROPOSED]~~ ORDER

CR10-00469 CW

1    IT IS HEREBY ORDERED that:

2    With the consent of defendant Moore, the period from June 1, 2011 to June 29,

3    2011, is excluded from the Speedy Trial Calculations for effective preparation of counsel,

4    continuity of defense counsel, and pursuant to 18 U.S.C. §§3161 (h)(7)(A) and (B)(iv).

5    Any motion must be filed on June 15, 2011.

6    IT IS SO ORDERED

7

8    DATED: ~~June ____, 2011~~   May 31, 2011

9    _____
     HON. CLAUDIA WILKEN

10   UNITED STATES DISTRICT COURT JUDGE

11

12   Approved as to form:

13

14   _____/s/_____        _____/s/_____
     JOSEPH AUDAL                       GORDON D. BROWN

15   Counsel for United States          Counsel for Antoine Moore

16

17

18

19

20

21

22

23

24

25

26

27   STIPULATION AND ~~[PROPOSED]~~ ORDER

28   CR10-00469 CW